IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-01280

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JENNIFER M. IBSEN,

    Defendant.

## COMPLAINT

The United States of America, through counsel, hereby files a complaint against Jennifer M. Ibsen ("Ibsen"), under the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. §3001 et seq.

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1345.

2. Venue is proper in the District of Colorado under 28 U.S.C. § 1391 because the defendant, Ibsen, is a resident of this judicial district and because a substantial part of the events giving rise to this claim occurred in this judicial district.

### II. PARTIES

3. Plaintiff, the United States, is a sovereign nation.

4.     Ibsen is a resident of the City of Denver, Denver County, Colorado.  Ibsen is not in military service pursuant to the Soldiers' and Sailors' Civil Relief Act of 1940, as amended by the Service Members' Civil Relief Act of 2003.

### III. FACTUAL ALLEGATIONS

5.     The Nursing Education Loan Repayment Program (the "NELRP") is a loan repayment assistance program through the United States Department of Health and Human Services ("HHS") that offers Registered Nurses ("RN") substantial economic assistance to repay a portion of their qualifying nursing education loans in exchange for full-time service at a health care facility with a critical shortage of nurses.

6.     Ibsen, who received her RN license on July 31, 2008, submitted an application to participate in the NELRP on or about February 28, 2009.

7.     The NELRP two-year contract was fully executed on September 25, 2009. (NELRP Contract, Exhibit 1).

8.     Per the terms of the contract, Ibsen was obligated to serve as a RN for two years (730 days) at the approved critical-nursing-shortage facility identified in her application—the Aurora campus of Children's Hospital Colorado ("Children's Hospital")—beginning on September 25, 2009.  (*Id.*).

9.     Ibsen's last day of service at Children's Hospital was December 16, 2010; 448 days into her 730-day service obligation.

10.    On or about April 5, 2012, Ibsen was notified that she had sixty days to secure employment at an approved critical-nursing-shortage facility, or that she may be considered in default of her service obligation.

11. Ibsen did not secure employment at an approved critical-nursing-shortage facility and was placed in default on her service obligation on June 4, 2012.

12. Upon default on her service obligation, Ibsen became obligated to repay the full amount of the NELRP loan proceeds she had received, $27,185.50, plus interest on that principal amount at the fixed rate of 10.875% per annum. (*Id.* at ¶ 7). Ibsen was obligated to repay the total amount within three years of the default. (*Id.* at ¶ 8).

13. NELRP loan proceeds in the amount of $27,185.50 were distributed to, or on behalf of, Ibsen.

14. Ibsen did not pay the total amount due by June 4, 2015, as the NELRP contract required.

15. A copy of the Certificate of Indebtedness establishing the basis for Ibsen's liability is attached herein as Exhibit 2.

16. Ibsen paid $7,486.91 in Treasury Offset Payments between February 2016 and February 2020. (Ex. 2, 2).

17. Ibsen is indebted to the United States in the principle amount of $27,185.50, plus interest on this principal computed at the applicable note rate in the amount of $18,399.87 as of March 5, 2021, and interest thereafter on the principal amount at the fixed rate of 10.875% per annum, or $8.10 per day. (*Id.* at 1).

18. The United States has made a demand to Ibsen for the amount owed, but the amount due remains unpaid.

## COUNT I – CLAIM FOR A DEBT

19. The United States incorporates the allegations set forth in paragraphs 1–18 above, as if they were fully set forth herein.

20. The amounts set forth in paragraph 17 are a "debt" to the United States as defined in the FDCPA. 28 U.S.C. § 3002(3).

21. The United States is entitled to obtain a remedy in connection with Ibsen's debt to the United States. 28 U.S.C. § 3001(a).

WHEREFORE, PREMISES CONSIDERED, the United States respectfully prays:

a. To recover from Ibsen $27,185.50, plus interest on this principal computed at $18,399.87 as of March 5, 2021 and interest thereafter on this principal at the fixed rate of 10.875% per annum until the date of judgment;

b. For post-judgment interest at the legal rate in effect on the date of entry of judgment, to be compounded annually pursuant to 28 U.S.C. § 1961 (b);

c. That the Court award the United States costs for prosecuting this action, including but not limited to, a filing fee of $400.00, as authorized by 28 U.S.C § 2412(a)(2); and

d.  That the Court grant such further and general relief as the Court deems just and proper under the law and the facts of this case.

Respectfully submitted,

MATTHEW T. KIRSCH
Acting United States Attorney

s/ William B. Gillespie
**WILLIAM B. GILLESPIE**
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: William.Gillespie@usdoj.gov
Counsel for plaintiff